



## MEMORANDUM OPINION

No. 04-10-00780-CR

Amanda **TENORIO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR5980
Honorable Raymond Angelini, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Phylis J. Speedlin, Justice

Delivered and Filed:  December 1, 2010

DISMISSED FOR LACK OF JURISDICTION

Appellant seeks to appeal the trial court's order modifying the conditions of her community supervision. Modification of the terms of community supervision is not appealable at the time of modification. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977). On November 5, 2010, we ordered appellant to show cause in writing why this appeal should not be dismissed for want of jurisdiction. Appellant's attorney has responded, stating that he reluctantly

agrees that this court lacks jurisdiction. Accordingly, the appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH